ELIZABETH TORRES, ESQ   SBN 201677
TORRES LAW GROUP
THE LAW CENTER
2160 NORTH DURFEE AVENUE
EL MONTE, CA  91733
(626) 408-3802 Fax: (626) 236-9154

Attorney for Debtor: Zepeda, Efrain

FILED & ENTERED

SEP 17 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY tapia       DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

In re

**Zepeda, Efrain**

**Debtor**

) Case No.: 6:10-bk-32043
)
) CHAPTER 13
)
)
) **ORDER GRANTING MOTION TO VALUE REAL PROPERTY AND TO STAY PAYMENTS REGARDING LIEN ENCUMBERING REAL PROPERTY**
)
) Date:   August 30, 2010
) Time:  1:30 p.m.
) Crtrm: **301**
)         **3420 Twelfth Street**
)         **Riverside, CA 92501**

A hearing regarding the "Motion for Order Determining Value of Real Property, Extent of Secured Claims and Extinguishing the Lien of HFC Members of HSBC Group" (to Motion") filed by Zepeda, Efrain ("the Debtor") was held at the above-referenced date and time; appearances were as stated on record.  Having reviewed the Motion and all papers submitted in support thereof, no opposition thereto having been filed; and good cause appearing therefor, it is hereby:

ORDERED, that the second deed of trust (HFC Members of HSBC Group) to be deemed unsecured for purposes of Chapter 13; (2) to treat any proof of claim filed by the holder of the second to be deemed an unsecured claim within the debtor's chapter 13 plan; (3) Upon completion of the chapter 13 plan and entry of a chapter 13 discharge, the second to be treated as void and no longer an encumbrance against the debtor's property; and (4) Upon completion of the chapter 13 plan and discharge, the holder of the second reconvey the second deed of trust; (5) Should the case be dismissed or converted to any other chapter prior to completion of the plan and entry of a chapter 13 discharge, the lien will remain valid.

###

DATED: September 17, 2010

United States Bankruptcy Judge

# PROOF OF SERVICE OF ORDER

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2160 N. Durfee Ave., El Monte, CA 91733

The foregoing document described **ORDER GRANTING MOTION TO VALUE REAL PROPERTY AND TO STAY PAYMENTS REGARDING LIEN ENCUMBERING REAL PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐     Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:** On **September 2, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒     Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐     Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 2, 2010 | Cindy Rodriguez | /S/ Cindy Rodriguez |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

3

1
2  Rod Danielson
3  Chapter 13 Trustee
4  4361 Latham Street, Suite 270
5  Riverside, CA 92501
6
7  United States Trustee
8  3685 Main Street, Suite 300
9  Riverside, CA 92501
10
11  Zepeda, Efrain
12  4427 Tyrolite Street
13  Riverside, CA 92509
14
15  HFC Member HSBC Group
16  Attn: Michael Geoghegan, CEO
17  Attn: Douglas Flint, Financial Director
18  3700 Wilshire Suite 600
19  Los Angeles, CA 90010
20
21  HSBC
22  Attention: Michael Geoghegan, CEO
23  Attn: Douglas Flint, Financial Director
24  26525 North Riverwoods Boulevard
25  4 North East
26  Mettawa, Illinois 60045
27
28  HSBC

1. Attn: Michael Georghegan, CEO
2. Attn: Randall L. Raup, President
3. One HSBC Center
4. 2 West Wing - Lockbox
5. Buffalo, NY 14203
6. 
7. HSBC Bank USA,
8. National Association
9. Agent for Service of Process
10. CT Corporation System
11. 818 West Seventh Street
12. Los Angeles, CA 90017
13. 
14. HSBC
15. P.O. Box 829009
16. Dallas, TX 75382-9009

# NOTICE OF ENTERED ORDER AND SERVICE LIST

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2160 N. Durfee Ave., El Monte, CA 91733

A true and correct copy of the foregoing document described **ORDER ON STIPULATION REGARDING TREATMENT OF CREDITOR'S CLAIM PURSUANT TO DEBTORS' MOTION TO AVIOD LIEN**

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On September 2, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

| | |
|---|---|
| United States Trustee | ustpregion16.rs.ecf@usdoj.gov |
| Rod Danielson | notice-efile@rodan13.com |
| Elizabeth Torres | elizabeth@torreslawgroup.com |

☐   Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐   Service information continued on attached page

III. **TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an AEntered@ stamp, the party lodging the judgment or order will serve a complete copy bearing an AEntered@ stamp by U.S. Mail, overnight mail, facsimile transmission or email and file proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒   Service information continued on attached page

Rod Danielson

Chapter 13 Trustee

4361 Latham Street, Suite 270

Riverside, CA 92501


United States Trustee

3685 Main Street, Suite 300

Riverside, CA 92501


Zepeda, Efrain

4427 Tyrolite Street

Riverside, CA 92509


HFC Member HSBC Group

Attn: Michael Geoghegan, CEO

Attn: Douglas Flint, Financial Director

3700 Wilshire Suite 600

Los Angeles, CA 90010


HSBC

Attention: Michael Geoghegan, CEO

Attn: Douglas Flint, Financial Director

26525 North Riverwoods Boulevard

4 North East

Mettawa, Illinois 60045

1. HSBC
2. Attn: Michael Georghegan, CEO
3. Attn: Randall L. Raup, President
4. One HSBC Center
5. 2 West Wing - Lockbox
6. Buffalo, NY 14203
7.
8. HSBC Bank USA,
9. National Association
10. Agent for Service of Process
11. CT Corporation System
12. 818 West Seventh Street
13. Los Angeles, CA 90017
14.
15. HSBC
16. P.O. Box 829009
17. Dallas, TX 75382-9009